EJK:JRL
F.#2012R00820

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

LUIS QUINONES,

             Defendant.

- - - - - - - - - - - - - - - -X

INDICTMENT
Cr. No. _____
(T. 21, U.S.C., §§ 841(a)(1)
and 841(b)(1)(B)(ii)(II); T.
18, U.S.C., §§ 3551 et seq.)

CR 12 397

ROSS, J.

GO, M.J.

THE GRAND JURY CHARGES:

<u>POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE</u>

On or about May 15, 2012, within the Eastern District of New York, the defendant LUIS QUINONES did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2012R00820
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*Luis Quinones,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1) and 841(b)(1)(B)(ii)(II);
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ *Frank Laurenza* _____

Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

Clerk

*Bail, $* _____

_____

*Jennifer R. Laraia, Special Assistant U.S. Attorney (718-254-6108)*